## Commonwealth *v.* White, Appellant.

734

Submitted December 5, 1972.
*Arthur K. Dils,* for appellant; *E. Robert Elicker, II,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.